12419.   SHROPSHIRE v. HEARD.

BROYLES, C. J.   The plaintiff sued on an alleged express contract, and
his proof failed to show such a contract; and having sued on an express
contract, he was not entitled to recover on a quantum meruit.   The
court therefore did not err in awarding a nonsuit.
              Judgment affirmed.   Luke and Bloodworth, JJ., concur.
                         DECIDED JUNE 30, 1921.

Complaint; from city court of Macon — Judge Gunn.   March
23, 1921.

*Hatcher & Smith,* for plaintiff.

*T. A. Jacobs Jr., W. A. McClellan,* for defendant.